# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:02-CR-00327-KJD-LRL |
| v. | **ORDER** |
| RAY SMITH, | |
| Defendant. | |

Currently before the Court is Defendant Ray Charles Smith's Motion for Modification and Reduction of Sentence (#44). The Government filed a Response in Opposition (#45), to which Defendant filed a Reply (#46). Defendant seeks that the Court modify and reduce his sentence pursuant to 18 U.S.C. § 3553(a) and (c)(2), and 28 U.S.C. § 994(o). Specifically, Defendant avers that the "New Amendment 599' adopted by the Sentencing Commission made retroactively to Title 18 U.S.C. § 924(c) are (sic) applicable" and "eliminate [his] two-level enhancement for firearm possession. . ." resulting in a lower sentencing range. Defendant is incorrect.

18 U.S.C. § 3582(c)(2) provides, in pertinent part, that the district court has discretion to reduce the term of a previously imposed sentence of imprisonment when the sentencing range has subsequently been lowered by the Sentencing Commission. Here however, Defendant's sentence was imposed on December 13, 2002, (#28), more than two-years subsequent to the Sentencing

Commission's adoption of Amendment 599.[1]  Additionally, the Court has examined Defendant's sentence guideline calculation, and finds that Defendant's sentence was properly calculated under the current guideline regime, and that the applicable guideline range has not been lowered subsequent to Defendant's conviction so as to trigger a reduction under 18 U.S.C. § 3582(c)(2).

Accordingly, **IT IS HEREBY ORDERED** that Defendant Ray Charles Smith's Motion for Modification and Reduction of Sentence (#44), is **DENIED**.

DATED this 8th day of July 2010.

_____
Kent J. Dawson
United States District Judge

---

[1] Effective November 1, 2000, the Sentencing Commission adopted Amendment 599, an explicitly retroactive amendment that modified the Guidelines applicable to 19 USC § 924(c) offenses. <u>See</u> U.S. Sentencing Guidelines Manual § 2K2.4, cmt. n.2 (2008).  This adoption was made pursuant to 29 U.S.C. § 994(o), as required by 18 U.S.C. § 3582(c).